

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

KEVIN BUDD, RAY LEE, MARTIN
MANGAN, SHIRLEY MANGAN and
KENNETH WALSH on behalf of
themselves and all others similarly
situated,

               Plaintiffs,

      vs.

CARING FOR MONTANANS, INC.,
BLUE CROSS BLUE SHIELD of
MONTANA, INC., HEALTH CARE
SERVICES CORPORATION, INC.,
and JOHN DOES 3 through 20,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV-09-25-BU-SEH

**ORDER**

TYSON S. PALLISTER,

               Plaintiff,

      vs.

CARING FOR MONTANANS, INC.,
BLUE CROSS BLUE SHIELD of
MONTANA, INC., HEALTH CARE
SERVICES CORPORATION, INC.,
and JOHN DOES 3 through 20,

               Defendants.

This Document Relates To:
   BOTH ACTIONS

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV-09-62-H-SEH

Plaintiffs having acknowledged they do not dispute dismissal of claims asserted on behalf of Ray Lee in this action,[1]

ORDERED:

Ray Lee is DISMISSED as a party plaintiff. The caption is amended to reflect the dismissal of Ray Lee.

DATED this _27th_ day of December, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 193 at 7; Doc. 194 at 9.